**No. 69429.—Morris Shoenthal, Inc. v. United States, protests 325886–K, etc. (New York).**

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of hats, bonnets, hoods, or other headwear similar in all material respects to those the subject of *Morris Shoenthal, Inc.* v. *United States* (52 Cust. Ct. 36, C.D. 2431), the claim of the plaintiff was sustained.